UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOWAVE MARKETING GROUP LLC,<br><br>Plaintiff.<br><br>v.<br><br>INTEGRATED PREMIUM CONCEPTS LLC, et al.,<br><br>Defendants. | Case No. 18-cv-07384-JCS<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on March 8, 2019, before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff and Defendant shall appear on **March 22, 2019, at 2:00 p.m.,** before Chief Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff and Defendant's failure to appear at the case management conference on March 8, 2019, for failure to prosecute, and for failure to comply with the Court's Order of December 10, 2018. A case management conference is also scheduled for **March 22, 2019**, **at 2:00 p.m.**

IT IS SO ORDERED.

Dated: March 11, 2019

JOSEPH C. SPERO
Chief Magistrate Judge